IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SONOMA COUNTY FIRE CHIEF'S APPLICATION FOR AN INSPECTION WARRANT RE: SONOMA COUNTY'S ASSESSOR'S PARCEL NUMBER 131-040-001 OR 3250 HIGHWAY 128, GEYSERVILLE _____/ | No. C 02-04873 JSW<br><br>**JUDGMENT** |

For the reasons set forth in the Order issued this date, it is hereby ordered and adjudged that the Tribe's motion for summary judgment is GRANTED.

The Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated: April 29, 2005

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Jeffrey S. White
　　　　　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE